| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Ace's Indoor Shooting Range & Pro Gun Shop, Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **65-0469478** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **2105 NW 102 Place** **Miami, FL 33172** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Miami-Dade** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **www.acesindoorshootingrange.com** |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor  **Ace's Indoor Shooting Range & Pro Gun Shop, Inc.**  Case number (*if known*) _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__0071__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **Ace's Indoor Shooting Range & Pro Gun Shop, Inc.**            Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **11.** **Why is the case filed in *this district?*** | *Check all that apply:* | |
| | ■ | Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ | A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?  **Waste lead from discharged bullets collected and taken to destruction facilities.**

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?  **2105 NW 102 Place**
**Miami, FL, 33172-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Ace's Indoor Shooting Range & Pro Gun Shop, Inc.**        Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2016**
              MM / DD / YYYY

X **/s/ George de Pina**                                        **George de Pina**
Signature of authorized representative of debtor                 Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Jacqueline Calderin, Esq.**                   Date **April 25, 2016**
Signature of attorney for debtor                           MM / DD / YYYY

**Jacqueline Calderin, Esq.**
Printed name

**Ehrenstein Charbonneau Calderin**
Firm name

**501 Brickell Key Dr**
**Suite 300**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone   **305-722-2002**      Email address

**134414**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Ace's Indoor Shooting Range & Pro Gun Shop, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| American Express 200 Vessey Street 10285 | | Trade Debt | | | | $38,588.24 |
| Bank of the West 201 N. Civic Drive Suite 360B Walnut Creek, CA 94596 | | See attached Composite Exhibit D-1 | | $6,049.92 | $0.00 | $6,049.92 |
| Camfour 65 Westfield Ind Park Rd 01085 | | Trade Debt | | | | $19,066.57 |
| Century International 430 South Congress Avenue Suite 1 Delray Beach, FL 33445 | | Trade Debt | | | | $9,632.40 |
| Florida Departement of Revenue P.O. Box 6668 Tallahassee, FL 32314-6668 | | Sales Tax | | | | $56,210.15 |
| Geonan Holdings, LLC PO Box 650848 Miami, FL 33265 | | Unpaid rent (7/1/2015 - 3/1/2016) | | | | $198,000.00 |
| George De Pina PO Box 650848 Miami, FL 33265 | | Loan | | | | $138,900.00 |
| Grainger 100 Grainger Parkway Lake Forest, IL 60045-5201 | | Trade Debt | | | | $2,954.63 |

Debtor **Ace's Indoor Shooting Range & Pro Gun Shop, Inc.**           Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hornady Ammunition<br>3625 West Old Potash Highway<br>68803 | | Trade Debt | | | | $2,376.04 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | | Medicare Tax | | | | $10,000.00 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | | FICA | | | | $25,000.00 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | | Federal Withholding Employee Tax | | | | $19,600.00 |
| Marlin Leasing<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | | Ventilation system | | $7,356.65 | $0.00 | $7,356.65 |
| Nancy de Pina<br>c/o Chastity Perez, Esq.<br>Pacheci Oerez Ortiz, PA<br>2121 SW 37th Avenue, Suite 200<br>Miami, FL 33145-1711 | cperez@ppolaw.com | | | $124,500.00 | $0.00 | $124,500.00 |
| National Best Sports<br>4350 Fossil Creek Boulevard<br>Fort Worth, TX 76137 | | Trade Debt | | | | $197,163.57 |
| National Funding, Inc.<br>9820 Town Centre Drive<br>Suite 200<br>San Diego, CA 92121 | | See attached Composite Exhibit D-2 | | $19,227.72 | $0.00 | $19,227.72 |
| Office Depot<br>6600 N Military Trail<br>Boca Raton, FL 33496 | | Trade Debt | | | | $2,566.47 |
| POF<br>23011 N 16th Lane<br>Phoenix, AZ 85027 | | Trade Debt | | | | $3,949.96 |

Debtor **Ace's Indoor Shooting Range & Pro Gun Shop, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trugloo, Inc.**<br>**525 International Parkway**<br>**Richardson, TX 75081** | | **Trade Debt** | | | | **$2,846.45** |
| **Visa First Bank Card**<br>**c/o First national Bank of Omaha**<br>**PO Box 2340**<br>**Omaha, NE 68103** | | **Trade Debt** | | | | **$15,193.85** |

```
American Express
200 Vessey Street
 10285


Bank of the West
201 N. Civic Drive
Suite 360B
Walnut Creek, CA 94596


Camfour
65 Westfield Ind Park Rd
 01085


Century International
430 South Congress Avenue
Suite 1
Delray Beach, FL 33445


Florida Departement of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100


Geonan Holdings, LLC
PO Box 650848
Miami, FL 33265


George De Pina
PO Box 650848
Miami, FL 33265


George de Pina
10631 N. Kendall Drive
Suite 220
Miami, FL 33176


Grainger
100 Grainger Parkway
Lake Forest, IL 60045-5201
```

```
Hornady Ammunition
3625 West Old Potash Highway
 68803


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
7850 SW 6 Court
Mail Stop 5730
Fort Lauderdale, FL 33324


Kriss Newco USA
565 W Lambert Rd Suite F
Brea, CA 92821-3901


Legacy Sports
4750 Longley Lane #209
Reno, NV 89502


Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054


Miami Dade County Tax Collector
140 W. Flagler St
#1403
Miami, FL 33130-1561


Nancy de Pina
c/o Chastity Perez, Esq.
Pacheci Oerez Ortiz, PA
2121 SW 37th Avenue, Suite 200
Miami, FL 33145-1711


Nancy de Pina
10631 N. Kendall Drive
Suite 220
Miami, FL 33176
```

National Best Sports
4350 Fossil Creek Boulevard
Fort Worth, TX 76137


National Funding, Inc.
9820 Town Centre Drive
Suite 200
San Diego, CA 92121


Office Depot
6600 N Military Trail
Boca Raton, FL 33496


POF
23011 N 16th Lane
Phoenix, AZ 85027


Progressive Waste
3840 NW 37th Court
Miami, FL 33142


The Allen Co.
525 Burbank Street
Broomfield, CO 80020


Total Bank
9690 NW 41st Street
Miami, FL 33178


TotalBank & AISOA
2720 Coral Way
Miami, FL 33145


Trugloo, Inc.
525 International Parkway
Richardson, TX 75081


Visa First Bank Card
c/o First national Bank of Omaha
PO Box 2340
Omaha, NE 68103