# United States Bankruptcy Court
## Southern District of Florida

In re   **Ace's Indoor Shooting Range & Pro Gun Shop, Inc.**                    Case No.
                                    Debtor(s)                                    Chapter   **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ace's Indoor Shooting Range & Pro Gun Shop, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


| | |
|---|---|
| **April 25, 2016** | **/s/ Jacqueline Calderin, Esq.** |
| Date | **Jacqueline Calderin, Esq. 134414** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Ace's Indoor Shooting Range & Pro Gun Shop, Inc.** |
| | **Ehrenstein Charbonneau Calderin** |
| | **501 Brickell Key Dr** |
| | **Suite 300** |
| | **Miami, FL 33131** |
| | **305-722-2002 Fax:305-722-2001** |