UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                  CASE NO.:    16-15918 RAM
                                                        CHAPTER      11
ACE'S INDOOR SHOOTING RANGE &
PRO GUN SHOP, INC.

         Debtor.
_____/

**CREDITOR, NATIONAL FUNDING, INC.'S LIMITED OBJECTION TO SALE**

Creditor, NATIONAL FUNDING, INC., ("NATIONAL"), by and through its undersigned counsel, hereby files its Limited Objection to the Sale contemplated by the Asset Purchase Agreement, and objects as follows:

1.     NATIONAL is a secured creditor with a blanket lien on all the assets of the Debtor. It is believed that NATIONAL's secured interest is behind the secured interest of TOTAL BANK, N.A. The Debtor is currently paying NATIONAL under a cash collateral Order [Doc.101].

2.     The Debtor has filed a Motion to sell substantially all of its assets free and clear of all liens pursuant to that certain Asset Purchase Agreement attached hereto as Exhibit "A" and attached to Debtor's Expedited Motion for (I) Entry of an Order (A) Approving Competitive Bidding and Sale Procedures; (B) Approving Form of Asset Purchase Agreement; and (C) Scheduling a Final Hearing to Consider Final Approval of the sale; and (II) Entry of an Order Authorizing Sale of Substantially all of the Debtor's Assets to the Successful Bidder ("SALE MOTION") [Doc.88].

3.     Pursuant to the SALE MOTION, the minimum purchase price for the Debtor's assets is $50,000.00 along with assumption of certain Assumed Liabilities. NATIONAL is listed as one of the Assumed liabilities that the Buyer would be required to assume under the terms of the Asset Purchase Agreement.

4.     The Buyer would receive in exchange for the $50,000.00 payment and assumption of the Assumed Liabilities, the assets of the Debtor *free and clear*, of any and all claims, liens, mortgages, security interests, etc., including NATIONAL's secured interest.

5.     Although pursuant to the terms of the Asset Purchase Agreement the buyer expressly will be assuming NATIONAL's "debt", the Buyer only assumes the allowed claim of NATIONAL as treated in the confirmed Chapter 11 Plan. However, at this juncture, the Debtor has not filed a proposed Chapter 11

plan and has recently requested [Doc.96], and obtained an extension of time to file it's Plan [Doc.103]. Accordingly, NATIONAL, has no idea (and it remains unknown) how the Debtor proposes to treat NATIONAL'S secured claim. Moreover, it would appear that after the sale "free and clear" of all liens, NATIONAL would lose its security, and accordingly, NATIONAL'S secured claim would be limited or otherwise reduced to a certain unknown portion of the $50,000.00 sale proceeds, if any (given that TOTAL BANK, N.A. has a lien in excess of $50,000.00).

WHEREFORE, Creditor, NATIONAL FUNDING, INC., objects to the Debtor's proposed sale of its assets as set forth herein.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that on November 3, 2016, I electronically filed a true and correct copy of the foregoing Limited Objection with the Clerk of the United States Bankruptcy Court for the Southern District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document to the parties listed below in the manner indicated.

EMANUEL & ZWIEBEL, PLLC
Attorneys for National Funding, Inc.
7900 Peters Road
Building B, Suite 100
Plantation, Florida 33324
(954) 424-2005 Phone
(954) 533-0138 Fax

By:   */s/ Eric B. Zwiebel*
Eric B. Zwiebel, Esq.
Florida Bar No.: 476404
eric.zwiebel@emzwlaw.com

<u>Via CM/ECF system which will send Notice of Electronic filing to</u>:
Jacqueline Calderin, Esq., at jc@ecclegal.com
Nicole Grimal Helmstetter, Esq., at ng@ecclegal.com
Matthew A. Petrie, Esq., at map@ecclegal.com
Ross R. Hartog, Esq., at rhartog@mrthlaw.com
Office of the US Trustee
All parties on the attached matrix designated to receive electronic notice

<u>Via U.S. Mail</u>

Ace's Indoor Shooting Range & Pro Gun Shop, Inc.
2105 NW 102 Place
Miami, Florida 33172

```
Label Matrix for local noticing          Ace's Indoor Shooting Range & Pro Gun S    BMW Financial Services NA, LLC
113C-1                                    2105 NW 102 Place                          c/o Ascension Capital Group
Case 16-15918-RAM                         Miami, FL 33172-2519                       P.O. Box 201347
Southern District of Florida                                                         Arlington, TX 76006-1347
Miami
Thu Nov  3 15:36:29 EDT 2016

National Funding, Inc.                    American Express                           American Express Bank FSB
c/o Emanuel & Zwiebel, PLLC               200 Vessey Street 10285-0002               c/o Becket and Lee LLP
7900 Peters Road                                                                     PO Box 3001
Building B                                                                           Malvern  PA 19355-0701
Suite 100
Plantation, FL 33324-4045

Angela Rodriguez                          (p)BMW FINANCIAL SERVICES                  Bank of the West
4701 SW 142 Court                         CUSTOMER SERVICE CENTER                    201 N. Civic Drive
Miami FL 33175-4324                       PO BOX 3608                                Suite 360B
                                          DUBLIN OH 43016-0306                       Walnut Creek, CA 94596-3896


Camfour                                   Century International                      Florida Departement of Revenue
65 Westfield Ind Park Rd 01085-1693       430 South Congress Avenue                  P.O. Box 6668
                                          Suite 1                                    Tallahassee, FL 32314-6668
                                          Delray Beach, FL 33445-4701


Florida Department of Law Enforcement     Florida Department of Law Enforcement      Florida Department of Revenue
2331 Phillips Road                        PO box Drawer 7178                         5050 W Tennessee Street
Tallahassee, FL 32308-5333                Tallahassee FL 32314-7178                  Tallahassee, FL 32399-0100


Geonan Holdings, LLC                      George De Pina                             George de Pina
PO Box 650848                             PO Box 650848                              10631 N. Kendall Drive
Miami, FL 33265-0848                      Miami, FL 33265-0848                       Suite 220
                                                                                     Miami, FL 33176-1571


Grainger                                  Gustavo Lucero                             Gustavo Lucero
100 Grainger Parkway                      11720 SW 113 Court                         343 Ives Diary Road, Apt# 6
Lake Forest, IL 60045-5202                Miami, FL 33176-3818                       Miami FL 33179-3354


Hornady Ammunition                        (p)INTERNAL REVENUE SERVICE                Internal Revenue Service
3625 West Old Potash Highway 68803-4905   CENTRALIZED INSOLVENCY OPERATIONS          PO Box 7346
                                          PO BOX 7346                                Philadelphia, PA 19101-7346
                                          PHILADELPHIA PA 19101-7346


Kriss Newco USA                           Legacy Sports                              Marlin Leasing
565 W Lambert Rd Suite F                  4750 Longley Lane #209                     300 Fellowship Road
Brea, CA 92821-3901                       Reno, NV 89502-5982                        Mount Laurel, NJ 08054-1727


Miami Dade County Tax Collector           Nancy de Pina                              Nancy de Pina
140 W. Flagler St                         10631 N. Kendall Drive                     c/o Chastity Perez, Esq.
#1403                                     Suite 220                                  Pacheci Oerez Ortiz, PA
Miami, FL 33130-1561                      Miami, FL 33176-1571                       2121 SW 37th Avenue, Suite 200
                                                                                     Miami, FL 33145-1711
```

| | | |
|---|---|---|
| National Best Sports<br>4350 Fossil Creek Boulevard<br>Fort Worth, TX 76137-2740 | National Funding, Inc.<br>9820 Town Centre Drive<br>Suite 200<br>San Diego, CA 92121-1944 | National Funding, Inc.<br>c/o Neal Salisian, Esq.<br>550 South Hope Street, Suite 750<br>Los Angeles, CA 90071-2686 |
| Office Depot<br>6600 N Military Trail<br>Boca Raton, FL 33496-2434 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | POF<br>23011 N 16th Lane<br>Phoenix, AZ 85027-1331 |
| Progressive Waste<br>3840 NW 37th Court<br>Miami, FL 33142-4208 | The Allen Co.<br>525 Burbank Street<br>Broomfield, CO 80020-1647 | Total Bank<br>9690 NW 41st Street<br>Miami, FL 33178-2444 |
| TotalBank & AISOA<br>2720 Coral Way<br>Miami, FL 33145-3202 | Trugloo, Inc.<br>525 International Parkway<br>Richardson, TX 75081-2282 | Visa First Bank Card<br>c/o First national Bank of Omaha<br>PO Box 2340<br>Omaha, NE 68103-2340 |
| Wells Fargo Bank, N.A.<br>300 Tri-StateInternational, Suite 400<br>Lincolnshire IL 60069-4417 | Charles Berrane<br>9130 S. Dadeland Blvd.<br>Suite 1800<br>Miami, Fl 33156-7858 | Harry Stampler<br>Virtual Appraisals, Inc.<br>6740 Taft St.<br>Hollywood, FL 33024-3903 |
| Jacqueline Calderin Esq.<br>501 Brickell Key Drive #300<br>Miami, FL 33131-2624 | Matthew A Petrie<br>Ehrenstein Charbonneau Calderin<br>501 Brickell Key Drive #300<br>Miami, FL 33131-2624 | Nicole Grimal Helmstetter<br>501 Brickell Key Dr. # 300<br>Miami, FL 33131-2624 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH 43016 | Internal Revenue Service<br>7850 SW 6 Court<br>Mail Stop 5730<br>Fort Lauderdale, FL 33324 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Miami | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     1<br>Total                  48 |