UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                    CASE NO.: 16-15918-RAM
                                                                                          CHAPTER 11
ACE'S INDOOR SHOOTING RANGE
& PRO GUN SHOP, INC.

        Debtor.
_____/

# CREDITOR, NATIONAL FUNDING, INC.'S OBJECTION TO PLAN OF REORGANIZATION (DOC. 111) AND DISCLOSURE STATEMENT (DOC. 112)

**COMES NOW,** NATIONAL FUNDING, INC., ("Creditor"), by and through its undersigned counsel, and files this Objection to the Debtor's Plan of Reorganization (Doc. 111) and Disclosure Statement (Doc. 112) and objects for the following reasons:

1.  Creditor objects in that the Plan payments during the first year will be interest only.

2.  Creditor objects in that it will be paid over six (6) years, as opposed to five (5) years (or less).

3.  Also, Debtor also attempts to reduce the interest rate or otherwise provides an inadequate interest rate of 3.5% from years two (2) through six (6).

4.  Given that the assets will purportedly be transferred to a third party, the Plan fails to provide a vehicle for Creditor to unequivocally retain the liens securing its interest, such as an amended UCC, or otherwise, in connection with the new purchaser - thus, leaving Creditor potentially without a remedy upon a default of the Plan. Also, the purchaser's mean to pay Creditor's claim is not adequately addressed.

5.  In an abundance of caution, Creditor objects to the Plan to the extent that the Plan attempts or may attempt to release any guarantor(s), if any, or otherwise attempts to enjoin Creditor in any way from taking any action against any guarantor(s), if any (as allowable by law). Under such circumstances, the Debtor must demonstrate that any non-debtor release is fair and necessary, using the factors outlined *In re Transit Group, Inc.,* 286 B.R. 811, 817 (Bankr. M.D. Fla. 2002) (Jennemann, J.). Accordingly, the Court specifically stated that since Section 524(e) does not provide for a release of a third party from liability, a release of non-debtor can only be done in unusual circumstances. *Id.* at 817. *See, generally, In re HWA Props*, 544 B.R. 231 (Bankr.

M.D. Fla. 2016) (Delano, C). Also, in an abundance of caution, Creditor objects to the Plan to the extent that the Plan attempts or may attempt to deduct adequate protection payments from the secured claim amount.

6. Creditor reserves its rights to further object to the Plan and/or Disclosure Statement.

WHEREFORE, Creditor, NATIONAL FUNDING, INC., respectfully requests the Court to sustain its objection accordingly, and grant such other further relief as this Court deems appropriate.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that on this 18th day of November, 2016, I electronically filed the foregoing Objection to Plan of Reorganization and Disclosure Statement with the Clerk of the United States Bankruptcy Court for the Southern District of Florida by using the CM/ECF system and I furnished a copy of the Objection to the parties listed below in the manner indicated.

EMANUEL & ZWIEBEL, PLLC
Attorneys for National Funding, Inc.
7900 Peters Road
Building B, Suite 100
Plantation, Florida 33324
(954) 424-2005 Phone
(954) 533-0138 Fax

By:      /s/ Ronald M. Emanuel
         Ronald M. Emanuel, Esq.
         Florida Bar No.: 746932
         ron.emanuel@emzwlaw.com

Via CM/ECF system which will send Notice of Electronic filing to:
Jacqueline Calderin, Esq., at jc@ecclegal.com
Nicole Grimal Helmstetter, Esq., at ng@ecclegal.com
Matthew A. Petrie, Esq., at map@ecclegal.com
Ross R. Hartog, Esq., at rhartog@mrthlaw.com
Office of the US Trustee
All parties on the attached matrix designated to receive electronic notice

Via U.S. Mail
Ace's Indoor Shooting Range & Pro Gun Shop, Inc.
2105 NW 102 Place
Miami, Florida 33172

```
Label Matrix for local noticing        Ace's Indoor Shooting Range & Pro Gun S    BMW Financial Services NA, LLC
113C-1                                  2105 NW 102 Place                          c/o Ascension Capital Group
Case 16-15918-RAM                       Miami, FL 33172-2519                       P.O. Box 201347
Southern District of Florida                                                       Arlington, TX 76006-1347
Miami
Thu Nov  3 15:36:29 EDT 2016

National Funding, Inc.                  American Express                           American Express Bank FSB
c/o Emanuel & Zwiebel, PLLC             200 Vessey Street 10285-0002               c/o Becket and Lee LLP
7900 Peters Road                                                                   PO Box 3001
Building B                                                                         Malvern  PA 19355-0701
Suite 100
Plantation, FL 33324-4045

Angela Rodriguez                        (p)BMW FINANCIAL SERVICES                  Bank of the West
4701 SW 142 Court                       CUSTOMER SERVICE CENTER                    201 N. Civic Drive
Miami FL 33175-4324                     PO BOX 3608                                Suite 360B
                                        DUBLIN OH 43016-0306                       Walnut Creek, CA 94596-3896


Camfour                                 Century International                      Florida Departement of Revenue
65 Westfield Ind Park Rd 01085-1693     430 South Congress Avenue                  P.O. Box 6668
                                        Suite 1                                    Tallahassee, FL 32314-6668
                                        Delray Beach, FL 33445-4701


Florida Department of Law Enforcement   Florida Department of Law Enforcement      Florida Department of Revenue
2331 Phillips Road                      PO box Drawer 7178                         5050 W Tennessee Street
Tallahassee, FL 32308-5333              Tallahassee FL 32314-7178                  Tallahassee, FL 32399-0100


Geonan Holdings, LLC                    George De Pina                             George de Pina
PO Box 650848                           PO Box 650848                              10631 N. Kendall Drive
Miami, FL 33265-0848                    Miami, FL 33265-0848                       Suite 220
                                                                                   Miami, FL 33176-1571


Grainger                                Gustavo Lucero                             Gustavo Lucero
100 Grainger Parkway                    11720 SW 113 Court                         343 Ives Diary Road, Apt# 6
Lake Forest, IL 60045-5202              Miami, FL 33176-3818                       Miami FL 33179-3354


Hornady Ammunition                      (p)INTERNAL REVENUE SERVICE                Internal Revenue Service
3625 West Old Potash Highway 68803-4905 CENTRALIZED INSOLVENCY OPERATIONS          PO Box 7346
                                        PO BOX 7346                                Philadelphia, PA 19101-7346
                                        PHILADELPHIA PA 19101-7346


Kriss Newco USA                         Legacy Sports                              Marlin Leasing
565 W Lambert Rd Suite F                4750 Longley Lane #209                     300 Fellowship Road
Brea, CA 92821-3901                     Reno, NV 89502-5982                        Mount Laurel, NJ 08054-1727


Miami Dade County Tax Collector         Nancy de Pina                              Nancy de Pina
140 W. Flagler St                       10631 N. Kendall Drive                     c/o Chastity Perez, Esq.
#1403                                   Suite 220                                  Pacheci Oerez Ortiz, PA
Miami, FL 33130-1561                    Miami, FL 33176-1571                       2121 SW 37th Avenue, Suite 200
                                                                                   Miami, FL 33145-1711
```

| | | |
|---|---|---|
| National Best Sports<br>4350 Fossil Creek Boulevard<br>Fort Worth, TX 76137-2740 | National Funding, Inc.<br>9820 Town Centre Drive<br>Suite 200<br>San Diego, CA 92121-1944 | National Funding, Inc.<br>c/o Neal Salisian, Esq.<br>550 South Hope Street, Suite 750<br>Los Angeles, CA 90071-2686 |
| Office Depot<br>6600 N Military Trail<br>Boca Raton, FL 33496-2434 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | POF<br>23011 N 16th Lane<br>Phoenix, AZ 85027-1331 |
| Progressive Waste<br>3840 NW 37th Court<br>Miami, FL 33142-4208 | The Allen Co.<br>525 Burbank Street<br>Broomfield, CO 80020-1647 | Total Bank<br>9690 NW 41st Street<br>Miami, FL 33178-2444 |
| TotalBank & AISOA<br>2720 Coral Way<br>Miami, FL 33145-3202 | Trugloo, Inc.<br>525 International Parkway<br>Richardson, TX 75081-2282 | Visa First Bank Card<br>c/o First national Bank of Omaha<br>PO Box 2340<br>Omaha, NE 68103-2340 |
| Wells Fargo Bank, N.A.<br>300 Tri-StateInternational, Suite 400<br>Lincolnshire IL 60069-4417 | Charles Berrane<br>9130 S. Dadeland Blvd.<br>Suite 1800<br>Miami, Fl 33156-7858 | Harry Stampler<br>Virtual Appraisals, Inc.<br>6740 Taft St.<br>Hollywood, FL 33024-3903 |
| Jacqueline Calderin Esq.<br>501 Brickell Key Drive #300<br>Miami, FL 33131-2624 | Matthew A Petrie<br>Ehrenstein Charbonneau Calderin<br>501 Brickell Key Drive #300<br>Miami, FL 33131-2624 | Nicole Grimal Helmstetter<br>501 Brickell Key Dr. # 300<br>Miami, FL 33131-2624 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH 43016 | Internal Revenue Service<br>7850 SW 6 Court<br>Mail Stop 5730<br>Fort Lauderdale, FL 33324 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    47
Bypassed recipients     1
Total                  48